UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOSE C. PENA,                         :

      Petitioner           :        CIVIL ACTION NO. 3:23-0300

v.                                    :                 (JUDGE MANNION)

                                           :

WARDEN BARRAZA,

                                           :

      Respondent

                                           :

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

                                        *s/ Malachy E. Mannion*
                                        **MALACHY E. MANNION**
                                        **United States District Judge**

**DATE: May 16, 2023**
23-0300-01-ORDER